IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01546-WDM

UNITED STATES OF AMERICA,

    Petitioner,

v.

BRYON W. HOLSTINE, SR.,

    Respondent.

---

**ORDER**

---

Upon defendants' Motion to Dismiss, filed with this Court on October 14, 2005,

IT IS ORDERED that the Motion to Dismiss is GRANTED. This action is dismissed with prejudice. Each side shall bear its own costs and attorney's fees.

BY THE COURT:

_____
United States District Judge

Dated: 10/18/05